# Exhibit 1

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,654,795
Registered July 14, 2009

## TRADEMARK
PRINCIPAL REGISTER

# CRAZY FORTS

CRAZY FORTS INC. (CANADA CORPORATION)
261 RUMSEY ROAD, TORONTO
ONTARIO, CANADA M4G 1R1

FOR: TOYS, NAMELY, A TOY THAT USES SPHERICAL JOINTS AND PLASTIC TUBE CONNECTORS FOR THE CONSTRUCTION AND BUILDING OF STRUCTURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1286849, FILED 1-20-2006, REG. NO. TMA734061, DATED 2-6-2009, EXPIRES 2-6-2024.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FORTS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-928,016, FILED 7-12-2006.

ALLISON HOLTZ, EXAMINING ATTORNEY