# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 1:23-cv-20776-RAR

CRAZY FORTS INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## [proposed] ORDER

Before the Court is Plaintiff's Second Motion to Extend Deadline to File Motion For Default Final Judgment. The Court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED** and the deadline is reset to Friday, June 9, 2023.

RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE