**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-cv-20776-RAR**

CRAZY FORTS INC.,

       PLAINTIFF,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

       DEFENDANTS.

---

## PLAINTIFF'S MOTION TO SET ASIDE FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS NO. 347 AND 362

Plaintiff CRAZY FORTS INC., by and through it undersigned counsel, pursuant to Fed.R.Civ.p. 55(c) and 60(b), hereby moves to set aside a final default judgment, and as grounds therefore states as follows:

1.     Plaintiff seeks to set aside the final default judgment (ECF No. 155) against Defendants booghe_shop (Defendant No. 347 on Schedule "A") and galaxygoodsshop (Defendant No. 362 on Schedule "A").

2.     Plaintiff has agreed to a release of the judgment against these Defendants.

WHEREFORE, Plaintiff CRAZY FORTS, INC., respectfully requests that the Court set aside the final default judgment (ECF No. 155) entered against Defendants booghe_shop (Defendant No. 347 on Schedule "A") and galaxygoodsshop (Defendant No. 362 on Schedule "A").

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

DATED: August 21, 2023        Respectfully submitted,

*/s/  Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Crazy Forts Inc.*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK