**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-CV-20776-RAR**

CRAZY FORTS INC.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

       Defendants,

## SATISFACTION OF JUDGMENT

Plaintiff, CRAZY FORTS INC., by and through it undersigned counsel, hereby acknowledges that the Judgment entered in this case on June 28, 2023 (ECF 155) has been satisfied against the following defendants:

a. vi5474 (Defendant No. 234 on Schedule "A"); and,

b. furnsource (Defendant No. 282 on Schedule "A"): and,

c. buy_great_deals (Defendant No. 295 on Schedule "A").

Dated:  August 29, 2023                Respectfully submitted,

                                            */s/  Layla T. Nguyen*
                                            LAYLA T. NGUYEN
                                            Florida Bar Number: 1024723
                                            layla.nguyen@sriplaw.com
                                            JOEL B. ROTHMAN
                                            Florida Bar Number: 98220
                                            joel@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL – 33433
(561) 826-6924 - Telephone

*Counsel for Plaintiff Crazy Forts Inc.*